UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ROSALIO PELAYO-SALGADO,<br><br>  Defendant. | Case No. 25-cv-30105-JPG |

## MEMORANDUM AND ORDER

This case is before the Court on the United States of America's Motion to Dismiss (Doc. 9). It asks this Court to dismiss the indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48. The Court GRANTS the motion. The indictment is dismissed without prejudice.

**IT IS SO ORDERED.**
**DATED**:  September 25, 2025

                                                                s/ J. Phil Gilbert
                                                                **J. PHIL GILBERT**
                                                                **United States District Judge**